No. 56012.—D. C. Andrews & Co., Inc., et al. *v.* United States, protests 171582–K, etc. (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 56013.—Kittay & Blitz, Inc. *v.* United States, protests 151776–K and 156410–K (New York).

Opinion by EKWALL, J. It was stipulated that the Federal Reserve bank certified dual rates of exchange for the currency involved in the liquidation of the entries for the dates of exportation of the merchandise covered by the entries and that the circumstances relating to the liquidation of the said entries are similar in all material respects to those in Abstract 54732. In view of this stipulation and following the cited decision it was held that the currency of the invoices should have been converted in the manner directed by the judgment of this court in said Abstract 54732, in accordance with Bureau of Customs Circular Letter No. 2675, dated October 19, 1949.

No. 56014.—Vintage Wines, Inc. *v.* United States, protest 164070–K (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the merchandise consists of Lancers Rose Wine in bottles or jugs similar in all material respects to that the subject of Abstract 53224, the claim of the plaintiff was sustained.

No. 56015.—Rene D. Lyon Company, Inc. *v.* United States, protest 157040–K (Baltimore).

Opinion by EKWALL, J. The protest was overruled as unsupported.

No. 56016.—Halperin Shipping Company *v.* United States, protest 168803–K (New York).

Opinion by EKWALL, J. An examination of the papers showing that the protest was filed more than 60 days after liquidation, the motion to dismiss was granted.

No. 56017.—Three G Distillery Corp. *v.* United States, protest 969933–G (Los Angeles).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.